E-Filed: **6/4/09**

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| SYLVESTER BRAVO CUEVAS | ) | NO. CV 09-271-GHK |
|---|---|---|
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| UNITED STATES OF AMERICA | ) | |
| Respondent. | ) | |

    Pursuant to our June 4, 2009 order denying petitioner's petition for writ of error coram nobis,

    IT IS HEREBY ADJUDGED that this petition is DENIED, and this action is DISMISSED WITH PREJUDICE.

    IT IS SO ORDERED.

DATED: JUNE 4, 2009

_____
George H. King
United States District Judge